IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § | 6:17CR 38 |
| | § | |
| LAJUAN KADERRICK ROBERTS (01) aka "Twin" | § § | JUDGE RC/JDL |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 21 U.S.C. § 841(a)(1) (Possession with intent to distribute and distribution of cocaine base, also known as crack cocaine)

On or about December 14, 2016, in Gregg County, Texas, in the Eastern District of Texas, **Lajuan Kaderrick Roberts**, also known as "**Twin**," Defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute and did distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

Indictment – Page 1

## COUNT TWO

>Violation: 21 U.S.C. § 841(a)(1) (Possession with intent to distribute and distribution of cocaine base, also known as crack cocaine)

On or about December 20, 2016, in Gregg County, Texas, in the Eastern District of Texas, **Lajuan Kaderrick Roberts**, also known as "**Twin**," Defendant herein, did knowingly, intentionally and unlawfully possess with intent to distribute and did distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

### Pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461

As the result of committing one or more of the foregoing offenses alleged in this Indictment, Defendant herein shall forfeit to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation; and

2. any of the defendant's property used, or intended to be used in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to the following:

**Cash Proceeds:**

$1,900 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the foregoing offenses alleged in this Indictment.

**Substitute Assets:**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant –

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by defendant.

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the Defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

Date: 5/17/17

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
MARY ANN COZBY
ASSISTANT U.S. ATTORNEY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § | 6:17CR___ |
| | § | |
| LAJUAN KADERRICK ROBERTS (01)<br>    aka "Twin" | § § | JUDGE _____ |

## NOTICE OF PENALTY

### COUNTS 1-2

Violation:          21 U.S.C. § 841(a)(1)

Penalty:            If more than 28 grams of cocaine base, not less than 5 nor more than 40 years imprisonment, a fine not to exceed $5,000,000, or both, and supervised release of at least 4 years.

If this violation was committed after a prior conviction for a felony drug offense has become final, not less than 10 years nor more than life imprisonment, a fine of up to $10,000,000, or both – supervised release of at least 8 years.

Special Assessment:     $100.00

Indictment – Page 5